FILED

06/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0091

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0091

_____

IN THE MATTER OF:

A.L.H.,                                                    O R D E R

    A Youth in Need of Care.

_____

Counsel for Appellant has filed a second motion for a 30-day extension of time within which to file the opening brief in this matter.

The Court stated in it's May 21, 2021 order that no further extensions would be granted.

IT IS HEREBY ORDERED that Appellant motion for a 30-day extension is DENIED.  Counsel is granted a two-week extension, until July 8, 2021, within which to file the opening brief.

The Court will not be inclined to grant any further extensions.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2021